B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT
Central District of California | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):
Halsey McLean Minor | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years
(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years
(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN
(if more than one, state all):
xxx-xx-1034 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN
(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):
619 Trenton Ave.
Beverly Hills, CA
ZIP CODE 90210 | Street Address of Joint Debtor (No. and Street, City, and State):
ZIP CODE |
| County of Residence or of the Principal Place of Business:
Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):
ZIP CODE | Mailing Address of Joint Debtor (if different from street address):
ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):
ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check **one** box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.

- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

| B1 (Official Form 1) (04/13) | Name of Debtor(s): Halsey McLean Minor | | Page 2 |

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>SEE ATTACHED | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Halsey McLean Minor |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *Halsey L___*
  Signature of Debtor

X  _____
  Signature of Joint Debtor

  _____
  Telephone Number (if not represented by attorney)
  05/24/2013
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  _____
  (Signature of Foreign Representative)

  _____
  (Printed Name of Foreign Representative)

  _____
  Date

### Signature of Attorney*

X  */s/ David B. Shemano*
  Signature of Attorney for Debtor(s)
  David B. Shemano
  Printed Name of Attorney for Debtor(s)
  Peitzman Weg LLP
  Firm Name
  2029 Century Park East, Suite 3100
  Los Angeles, CA 90067
  Address
  310-552-3100
  Telephone Number
  05/24/2013
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

  _____
  Printed Name and title, if any, of Bankruptcy Petition Preparer

  _____
  Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
  Signature of Authorized Individual

  _____
  Printed Name of Authorized Individual

  _____
  Title of Authorized Individual

  _____
  Date

  _____
  Address

X  _____
  Signature

  _____
  Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## ATTACHMENT TO VOLUNTARY PETITION

1.     Debtor:            Minor Family Hotels, LLC
       Case No.:          10-62543
       Date filed:        9/01/2010
       District:            Western District of Virginia
       Relationship:     Debtor is the managing member of Minor Family Hotels, LLC
       Judge:             The Honorable William E. Anderson

2.     Debtor:            Carter's Grove, LLC
       Case No:           11-51330-SCS
       Date filed:        07/21/2011 (Transferred venue on 07/21/2011 from Northern
                                    District of California, San Francisco Division, Original Case
                                    number 11-30554 filed on 02/14/2011)
       District:            Eastern District of Virginia
       Relationship:     Debtor is the managing member of Carter's Grove, LLC
       Judge:             The Honorable Stephen C. St. John

1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David B. Shemano (State Bar No. 176020)<br>dshemano@peitzmanweg.com<br>PEITZMAN WEG LLP<br>2029 Century Park East, Suite 3100   Telephone: (310) 552-3100<br>Los Angeles, CA  90067   Fax: (310) 552-3101<br>☒ *Attorney for:* Halsey McLean Minor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Halsey McLean Minor | CASE NO.: |
|---|---|
| | CHAPTER: 7 |
| Debtor(s). | ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒ Petition, statement of affairs, schedules or lists      Date Filed: 05/24/2013
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☐ Other: _____   Date Filed: _____

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that:  (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.  If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_Halsey M_____      05/24/2013_____
*Signature of Signing Party*      Date

 Halsey McLean Minor_____
*Printed Name of Signing Party*

_____      _____
*Signature of Joint Debtor (if applicable)*      Date

_____
*Printed Name of Joint Debtor (if applicable)*

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that:  (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.  If the Filed Document is a petition, I further declare under penalty of perjury that:  (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_David B. Shemano_____      05/24/2013_____
*Signature of Attorney for Signing Party*      Date

 David B. Shemano_____
*Printed Name of Attorney for Signing Party*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Central District of California

In re Halsey McLean Minor                        Case No._____
          Debtor                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❏ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                         Page 2

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]*  *[Must be accompanied by a motion for determination by the court.]*

❏ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❏ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _Holly R_____

Date: _05/24/2013_____

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    SEE ATTACHED

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    NONE

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Los Angeles_____, California

Date: _05/24/2013_____

_____
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_December 2012_                                Page 1                     **F 1015-2.1.STMT.RELATED.CASES**

**ATTACHMENT TO STATEMENT OF RELATED CASES
INFORMATION REQUIRED BY LBR 1015-2
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. Title:            In re Minor Family Hotels, LLC
   Case No.:        10-62543
   Date filed:      9/01/2010
   Nature:          Voluntary Chapter 11
   Judge:           The Honorable William E. Anderson
   District:        Western District of Virginia
   Status:          Pending
   Relationship:    Debtor is the managing member of Minor Family Hotels, LLC
   Real Property:   200 East Main Street, Charlottesville, Virginia


2. Title:            In re Carter's Grove, LLC
   Case No:         11-51330-SCS
   Date filed:      07/21/2011 (Transferred venue on 07/21/2011 from Northern
                    District of California, San Francisco Division, Original Case
                    number 11-30554 filed on 02/14/2011)
   Nature:          Voluntary Chapter 11
   Judge:           The Honorable Stephen C. St. John
   District:        Eastern District of Virginia
   Status:          Pending
   Relationship:    Debtor is the managing member of Carter's Grove, LLC
   Real Property:   Historic residence including Georgian style mansion and
                    caretakers' cottage, underground "museum" and stables located on
                    750 acres located on the north shore of James River in James City
                    County, Virginia, 8797 Pocahontas Trail, Route 60, Williamsburg,
                    Virginia.

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re  Halsey McLean Minor

Case No.:

**DISCLOSURE OF COMPENSATION
OF ATTORNEY FOR DEBTOR**

Debtor.

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me,
    for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy
    case is as follow:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 30,000_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 30,000_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 0_____

2.  The source of the compensation paid to me was:

    ☑ Debtor          ❑ Other *(specify)*

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ❑ Other *(specify)*

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and
       associates of my law firm.

    ❑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates
       of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation,
       is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition
        in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services

Expressly excluded from the representation is the representation of Halsey Minor (the "Client") in any adversary proceedings, contested matters or any other proceedings, including defending Client against any allegations that a claim is nondischargeable or that Client should be denied a discharge.

Additionally, Peitzman Weg LLP ("PW") will not provide services or legal advice for matters or issues outside of insolvency or bankruptcy law matters or issues. Without limiting the generality of the foregoing, PW will not provide advice or representation in the areas of taxation, labor, securities, ERISA, probate/estate planning, criminal or other nonbankruptcy or non-debtor/creditor specialties of the law.

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/24/2013
_____
*Date*

/s/ David B. Shemano
_____
*Signature of Attorney*

Peitzman Weg LLP
_____
*Name of Law Firm*

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. &
Email Address

David B. Shemano (State Bar No. 176020)
dshemano@peitzmanweg.com
Kathryn F. Russo (State Bar No. 274042)
krusso@peitzmanweg.com
PEITZMAN WEG LLP
2029 Century Park East, Suite 3100
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

*Attorney for:* Halsey McLean Minor

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

Halsey McLean Minor

Debtor(s).

CASE NO.:

CHAPTER: 7

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE PURSUANT TO LBR 2090-1

[No Hearing Required]

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.

2. On *(specify date)* 05/11/2013 , I agreed with the Debtor that for a fee of $ 30,000.00         , I would provide the
   following services only:

   a. ☒ Prepare and file the Petition and Schedules
   b. ☒ Represent the Debtor at the 341(a) Meeting
   c. ☐ Represent the Debtor in any relief from stay motions
   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to
          11 U.S.C. § 727
   e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under
          11 U.S.C. § 523
   f. ☒ Other *(specify):* 1. Assist the Debtor with any requests by the chapter 7 trustee for
                           cooperation or documents.
                           2. Consult with the Debtor concerning any legal issues that may arise in
                           the chapter 7 case.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this
    declaration was executed on the following date at the city set forth in the upper left-hand corner of the prior page.


Date: <u>05/24/2013</u>

Peitzman Weg LLP
_____
Printed name of law firm

I HEREBY APPROVE THE ABOVE:


_____
Signature of Debtor

/s/ David B. Shemano
_____
Signature of attorney

David B. Shemano
_____
Printed name of attorney


This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                            Page 2                     **F 2090-1.1.DEC.LTD.SCOPE**

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-1(d)

Name  Peitzman Weg LLP

Address  Attn: David B. Shemano, 2029 Century Park East, Suite 3100, Los Angeles, CA 90067

Telephone  310-552-3100

☑ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years): Halsey McLean Minor | Case No.: |
| | Chapter: 7 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___10___ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-1(d) and I/we assume all responsibility for errors and omissions.

Date:  05/24/2013

_____
*Debtor*

/s/ David B. Shemano
*Attorney (if applicable)*

_____
*Joint Debtor*

Halsey Minor
619 Trenton Ave
Beverly Hills, CA 90210


David B Shemano
Peitzman Weg LLP
2029 Century Park East Ste 3100
Los Angeles, CA 90067


United States Trustee
725 South Figueroa Street 26th Fl
Los Angeles, CA  90017

Aero Law Group PLLC
11120 NE 2nd St Ste 100
Bellevue, WA 98004-8332


Albertmarle County Finance Dept
401 McIntire Rd
Charlottesville, VA 22902


Allied Waste Services
1831 Avon St
Charlottesville, VA 22902


Aon plc
8 Devonshire Square
London England EC2M 4PL


AT&T
PO Box 1809
Paramus, NJ  07653


AVN Air LLC c/o GE Capital
Attn Doby Rose
4 Park Plaza Ste 1400
Irvine, CA 92614-8560


Biorn Corporation
PO Box 464
Rockford, MN 55373


Bank of America Home Loans
PO Box 5170
Simi Valley, CA 93062

Braeburn Training Center
1500 Thurston Dr
Crozet, VA 22932


California Department of
Motor Vehicles
PO Box 932325
Sacramento, CA 94232


Carroll-Butler Veterinary
204 Racetrack Street
Ranson, WV 25438


Chamberlain Hrdlicka White
Williams & Aughtry
191 Peachtree Street NE 34th Fl
Atlanta, GA 30303


City of Haileah Attn Michael Fertig
Ackerman Senterfit
One SE 3rd Ave 25th Fl
Miami, FL 33131


Chatham & Hogan LLP
11240 Magnolia Blvd Ste 104
Los Angeles, CA 91601


Clairborne Farm
PO Box 150
Paris, KY 40362-0150

Colonial Williamsburg Foundation
PO Box 1176
Williamsburg, VA 23187


Deborah Minor
Attn Christoper F Emley
240 Stockton St Ste 400
San Francisco, CA 94108


Discovery Economics Inc
350 S Grand Avenue Suite 2200
Los Angeles, CA 90071


DLA Piper LLP US
550 South Hope St
Suite 2300
Los Angeles, CA 90071


Doll Amir & Eley LLP
1888 Century Park East
Suite 1850
Los Angeles, CA 90067


Dominion Virginia Power
20 Tredegar St
Richmond, VA 23219


Dr Murray A Brown
DANIEL B AUERBACH MD
15760 Ventura Blvd Ste 1929
Encino, CA 91436

Feil Petit & Williams PLC
530 East Main St
PO Box 2057
Charlottesville, VA 22902


Foley & Lardner LLP
2 South Biscayne Blvd Ste 1900
Miami, FL  33131


Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


Glaser Weil Fink Jacobs Howard
Avchen & Shapiro LLP
10250 Constellation Blvd 19th Floor
Los Angeles, CA 90067


Gunderson Detmer Stough Villeneuve
Franklin & Hachigan LLP
1200 Seaport Blvd
Redwood City, CA 94063


Hersh Family Law Practice
456 Montgomery St
Seventeenth Floor
San Francisco, CA 94104


HSBC Bank USA NA
Attention Customer Service
PO Box 4552
Buffalo, NY 14240-8851

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Intrastate Pest Control Co Inc
1218 Harris St
Charlottesville, VA 22903


Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276


Joyce Flaherty
350 S Spalding Penthouse
Beverly Hills, CA 90212


Kennedy Johnson - Merrill
99 Wall Street
15th Floor
New York, NY 10005


KESMARC Kentucky
258 Shannon Run Rd
Versailles, KY 40383


Lanes End Stallions  2011
Box 626
Versailles, KY 40383


Laura Childress
2672 Celaya Circle
San Ramon, CA 94583

LeClair Ryan
123 East Main St
Suite 800
Charlottesville, VA 22902


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90051-0110


Los Angeles County Treasurer
and Tax Collector
225 N Hill St
Los Angeles, CA 90012


Pachulski Stang Ziehl & Jones LLP
150 California Street 15th Floor
San Francisco, CA 94111-4500


Patrick Nuesch
Braeburn Training Center
1500 Thurston Dr
Crozet, VA 22932


Pierce & Shearer LLP
730 Polhemus Rd Ste 101
San Mateo, CA 94402


Ron Palmeri
265 King Street, No 65
San Francisco, CA 94108

Ronald Reagan UCLA Medical Center
Santa Monica UCLA Medical Center
Patient Business Services
Los Angeles, CA 90074


San Francisco Office of the
Treasurer & Tax Collector
1 Dr Carlton B Goodlett Pl Rm 140
San Francisco, CA 94102


Shannon Minor
619 Trenton Drive
Beverly Hills, CA 90210


Shefsky & Froelich Attorneys at Law
111 East Wacker Suite 2800
Chicago, IL 60601


Ship Art International
1333 Lowrie Ave
South San Francisco, CA 94080


Shook Hardy & Bacon
Miami Center Suite 3200
201 S Biscayne Blvd
Miami, FL 33131-4332


Sitrick & Company
1840 Century Park East Suite 800
Los Angeles, CA 90067

Sothebys Inc
Attn John Olsoff General Counsel
1334 York Ave
New York, NY 10021


Specialty Finance Group LLC
3284 Northside Pkwy NW Ste 150
Atlanta, GA 30327


Steve Conboy  - Vet
1335 Harp Innis Rd
Lexington, KY 40511


Susie Minor
4634 Catterton Road
Free Union, VA 22940


T M Racing Stables LLC
7 Queen Anne Drive
Brampton, ON  L7A 1X1


The Law Office of Martin Lieberman
10 N Park Place Ste 350
Morristown, NJ 07960


Tiger Fuel Company
PO Box 1607
Charlottesville, VA 22902


Verizon Wireless
140 West Street
New York, NY 10007

Wayfarer c/o Nathaniel G Sizemore
Watt Tieder Hoffar & Fitzgerald LLP
8405 Greensboro Drive Suite 100
McLean, VA 22102


Wellpoint
120 Monument Circle
Indianapolis, IN 46204


WTAS LLC
100 First St 16th Floor
San Francisco, CA 94105


Yergey Stewart Vallance Inc
3664 Whiskey Bottom Rd
Laurel, MD 20724