In re  Halsey McLean Minor                          ,          Case No.  2: 13-bk-23787-TD
              **Debtor**                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | H | $100 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SEE ATTACHED SCHEDULE B-2 | H | $50,727.31 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc. furniture at 3800-3810 Washington St., San Francisco, CA and 619 Trenton Dr., Beverly Hills, CA | H | $2,500 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | SEE ATTACHED SCHEDULE B-5 | H | $8,625,000 |
| 6. Wearing apparel. | | Misc. men's clothing at 619 Trenton Dr., 3810 Washington St., and 746 Fox Ridge Farm | H | $2,000 |
| 7. Furs and jewelry. | | Wedding ring | H | $1,000 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Misc. sports equipment (tennis racquets and golf clubs) at 619 Trenton Dr. | H | $500 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re Halsey McLean Minor,                    Case No. 2: 13-bk-23787-TD
       **Debtor**                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | SEE ATTACHED SCHEDULE B-13 | H | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | SEE ATTACHED SCHEDULE B-14 | H | $29,673 Plus some unknown |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | The Halsey McLean Minor Revocable Trust U/A/D/ 11/2/2004 | H | Unknown |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

In re  Halsey McLean Minor                              ,          Case No.   2: 13-bk-23787-TD
        **Debtor**                                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | 28 domain names held at Dotster.com See attached schedule B-22 | H | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Audi A8<br>2005 Land Rover/Range Rover | H<br>H | $14,150<br>$17,231 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous computers at 3810 Washington St., San Francisco, CA | H | $500 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | Owned approximately 14 horses that were transferred to mother in February 2011. Disclosure made for informational purposes only. | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | Membership at Bel Air Country Club transferred to wife in February 2011. Disclosure made for informational purposes only. | | |

          0   continuation sheets attached    Total▶    $ 8,743,381.31
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re Halsey McLean Minor
Case No. 2: 13-bk-23787-TD
Schedule B

## Schedule B-2

## Checking and Savings Accounts

| Description and Location of Property | Current value of Debtor's interest in property, without deducting any secured claim or exemption |
|---|---|
| Comerica Bank<br>318 Diablo Road<br>Danville, CA<br><br>Checking<br>Acct # xxxxxx2217 | $2,800.00 |
| Morgan Stanley<br>555 California Street<br>San Francisco CA 94104<br><br>Brokerage<br>Acct # xx-x0P3P | $17,000.00 |
| Morgan Stanley<br>555 California Street<br>San Francisco CA 94104<br><br>Halsey Minor Ttee<br>Halsey Mclean Minor<br>Revocable Trust Dtd 11/3/04<br><br>Brokerage<br>Acct # ***-*****6-066 | $20,546.51 |
| Merrill Lynch<br>101 California St. Suite 2100<br>San Francisco, CA<br><br>Brokerage<br>Acct # xxx-x5354 | $0.31 |

In re Halsey McLean Minor
Case No. 2: 13-bk-23787-TD
Schedule B

| | |
|---|---|
| Merrill Lynch<br>101 California St. Suite 2100<br>San Francisco, CA<br><br>Brokerage<br>Acct # xxx-x5641 | $0.25 |
| Merrill Lynch<br>101 California St. Suite 2100<br>San Francisco, CA<br><br>Halsey Mclean Minor TTEE<br>U/A DTD 11/03/2004<br>Halsey Mclean Minor Trust<br>(Business Account)<br><br>Brokerage<br>Acct # xxx-x5246 | $8,606.47 |
| Wells Fargo Bank, N.A. (114)<br>P.O. Box 6995<br>Portland, OR 97228-6995<br>(Joint account with Shannon A. Minor)<br><br>Checking<br>Acct # ******7243 | $1,773.77 |
| First Republic Bank<br>111 Pine St.<br>San Francisco, CA 94111<br>(Joint account with Linda Rossman)<br><br>Checking<br>Account # ***-****-2423 | $0.00 |
| | $50,727.31 |

In re Halsey McLean Minor
Case No. 2: 13-bk-23787-TD
Schedule B

## Schedule B-5

| Description and Location of Property | Current value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|
| Art held by trustee, Zachary G. Newman, pursuant to Settlement Agreement in Sotheby's vs. Halsey Minor | $8,500,000 |
| Credit with Ramis Barquet gallery | $100,000 |
| Art held by Ship Art International | $25,000 |

In re Halsey McLean Minor
Case No. 2: 13-bk-23787-TD
Schedule B

## Schedule B-13

## Stock and Interests in Incorporated Businesses

| Description and Location of Property | Current value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|
| 100% Minor Family Hotels, LLC (in Ch 11) | $0 |
| 100% Carter's Grove, LLC (in Ch 11) | $0 |
| 100% Fox Ridge Farms Holdings, LLC | Unknown |
| 100% of Fox Ridge Farms Management, LLC | $0 |
| 50% of Spalding Partners, LLC | Unknown |
| 41,994 shares of Sahale Snacks, Inc. | Unknown |

In re Halsey McLean Minor
Case No. 2: 13-bk-23787-TD
Schedule B

## Schedule B-14

## Interests in Partnerships and Joint Ventures

| Description and Location of Property | Current value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|
| Benchmark Founders' Fund IV, LP | Unknown |
| Redpoint Technology Partners Q-1, LP | $12,302 |
| USVP VI Affiliates Fund, LP | $4,352 |
| AttactorQP LP | Unknown |
| Accel Internet Funds III LP | $13,021 |

Schedule B-14 – Page 1 of 1

In re Halsey McLean Minor
Case No. 2: 13-bk-23787-TD
Schedule B

**Schedule B-22**

**Domain Names**

1. alphayachts.com
2. alphayachts.net
3. alphayachts.org
4. minorhotel.com
5. minorhotel.net
6. minorhotel.org
7. minorhotels.com
8. minorhotels.net
9. minorhotels.org
10. minorlabs.com
11. minorlabs.net
12. minorlabs.org
13. minorstables.com
14. minorstables.net
15. minorstables.org
16. minorstudios.com
17. minorstudios.net
18. minorstudios.org
19. minorventures.com
20. minorventures.net
21. minorventures.org
22. opend.tv
23. swiveldata.com
24. swiveldata.net
25. swiveldata.org
26. worldpololeague.com
27. worldpololeague.net
28. worldpololeague.org