B6C (Official Form 6C) (04/13)

In re  Halsey McLean Minor                ,    Case No.  2: 13-bk-23787-TD
         *Debtor*                                          *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Investment at Morgan Stanley Acct no. ***-*****6-066 | Cal.Civ.Pro. Code § 703.140(b)(5) | $12,909 | $20,546.51 |
| Misc. furniture, clothing | Cal.Civ.Pro. Code § 703.140(b)(3) | max of $600/ea. | $4,500 |
| Wedding ring | Cal.Civ.Pro. Code § 703.140(b)(4) | $1,425 | $1,000 |
| 2005 Land Rover/Range Rover | Cal.Civ.Pro. Code § 703.140(b)(2)<br>Cal.Civ.Pro. Code § 703.140(b)(5) | $4,800<br>$12,431 | $17,231 |

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*