**In re: Halsey McLean Minor**                                    Case No. 2:13-bk-23787-TD

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Acct: 68241007 069799<br><br>Bank of America Home Loans<br>PO Box 5170<br>Simi Valley, CA 93062 | | H | Mortgage, 2007 Secured by 3810 Washington St.<br><br>VALUE: $16,000,000 | | | | $13,108,438 | Unknown |
| Account: 1101511258<br>Franchise Tax Board<br>Bankruptcy Section<br>PO BOX 2952<br>Sacramento, CA 95812 | | H | Taxes from 2007, 2008, 2009<br>All assets<br><br>VALUE: Unknown | | X | X | $7,904,000 | Unknown |
| ACCOUNT No. 793030-7<br>HSBC Bank USA NA<br>Attn: Customer Service<br>PO Box 4552<br>Buffalo, NY 14240-8851 | | H | Line of Credit, 2007 Secured by 822 Sarbonne Rd. 2007<br>VALUE: $8,000,000 | | X | | $10,000,000 | Unknown |
| Account no. [REDACTED]<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | H | Taxes from 2007, 2008, 2009<br><br>All assets<br><br>VALUE: Unknown | | X | X | $25,487,956 | Unknown |
| Page 1 of 3 | | | Subtotal this page-> | | | | $56,500,394 | Unknown |

**In re: Halsey McLean Minor**                                    Case No. 2:13-bk-23787-TD

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.: N/A<br>Flaherty Joyce<br>350 Spalding Drive,<br>Beverly Hills, CA 90210 | | H | Personal Loans, 2009-10 Secured by lien on interest in Spalding Partners 2013<br>VALUE: Unknown | | | | $1,850,000.00 | Unknown |
| ACCOUNT no: 4375682432<br>San Francisco County Tax Collector<br>1 Dr Carlton B Goodlett Pl<br>San Francisco, CA 94102 | | H | Taxes from 2009, 2010, 2011, 2012 Secured by 3810 Washington St.<br><br>VALUE: $16,000,000 | | | X | $973,733 | Unknown |
| ACCOUNT NO.: N/A<br>San Mateo County Tax Collector<br>555 County Center # 1<br>Redwood City, CA 94063 | | H | Property taxes for 2010-12 Secured by 3810 Washington St.<br><br>VALUE: $16,000,000 | | | X | $139,330 | Unknown |
| ACCOUNT NO. N/A<br>Sotheby's<br>Attn: John Olsoff<br>1334 York Avenue<br>New York, NY 10021 | | H | Secured by art held by trustee, Zachary G. Newman 2010<br>VALUE: $8,500,000 | | | X | $3,400,000 | Unknown |
| Page 2 of 3 | | | Subtotal-> | | | | $6,363,063 | Unknown |

**In re: Halsey McLean Minor**  Case No. 2:13-bk-23787-TD

### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.: N/A<br>Sheppard Kellam Ames<br>1530 St. Mary's Street<br>Raleigh, NC 27608 | | H | Loan Secured by lien on interest in Spalding Partners 2013<br>VALUE: Unknown | | | | Unknown | Unknown |
| ACCOUNT NO.: N/A<br>Susie Minor<br>4634 Catterton Road<br>Free Union, VA 22940 | | H | Loan Secured by lien on interest in Spalding Partners 2013<br>VALUE: Unknown | | | | $625,000 | Unknown |
| ACCOUNT NO.<br>Watt, Tieder, Hoffar & Fitzgerald, LLP<br>8405 Greensboro Drive Suite 100<br>McLean, VA 22102 | | H | Attorney's fees, 2009<br><br>All assets<br><br>VALUE: Unknown | | | X | $103,456 | Unknown |
| ACCOUNT NO.<br>Wayfarer c/o<br>Weltman Weiberg & Reis Lakeside Place Suite 200<br>323 Lakeside Avenue West<br>Cleveland, OH 44113 | | H | Judgment Secured by 3810 Washington St. 2012<br>VALUE: $16,000,000 | | | X | $550,000 | Unknown |
| Page 3 of 3 | | | Subtotal this page--> | | | | $1,278,456 | Unknown |
| | | | Total -> | | | | $64,141,913 | Unknown |