**In re: Halsey McLean Minor,**  **Case No.** 2:13-bk-23787-TD

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Aero Law Group, PLLC <br> 11120 N.E. 2nd Street, Suite 100 <br> Bellevue, WA 98004-8332 | | H | Attorney's fees, 2009-2011 | | | | $33,662.00 |
| ACCOUNT NO. <br> Aon plc <br> 8 Devonshire Square <br> London England EC2M 4PL | | H | Lease, 2010 | | | | $400,000.00 |
| ACCOUNT NO. <br> AVN Air LLC c/o GE Capital <br> Attn Doby Rose <br> 4 Park Plaza Ste 1400 <br> Irvine, CA 92614-8560 | X | H | Airplane lease, 2010-11 | | | | $8,961,321.94 |
| ACCOUNT NO. <br> Braeburn Training Center <br> 1500 Thurston Dr. <br> Crozet, VA 22932 | | H | Horse maintenance, 2009 | | | | $59,756.00 |
| | | | | | | Subtotal-> | $9,454,739.94 |

**In re: Halsey McLean Minor,**                                         **Case No.** 2:13-bk-23787-TD

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Carroll-Butler Veternary <br> 204 Racetrack Street <br> Ranson, WV 25438 | | H | Horse maintenance, 2009 | | | | $42.00 |
| ACCOUNT NO. <br> Chamberlain, Hrdlicka, White, Williams & Aughtry <br> 191 Peachtree Street N.E. 34th Fl. <br> Atlanta, GA 30303 | | H | Attorney's fees, 2009-2013 | | | | $137,211.31 |
| ACCOUNT NO. <br> Chatham & Hogan, LLP <br> 11240 Magnolia Blvd. Suite 104 <br> Los Angeles, CA 91601 | | H | Attorney's fees, 2011 | | | | $1,952.00 |
| ACCOUNT NO. <br> Clairborne Farm <br> P.O. Box 150 <br> Paris, KY 40362-0150 | | H | Horse maintenance, 2009 | | | X | $70,547.00 |
| Colonial Williamsburg Foundation <br> PO Box 1176 <br> Williamsburg, VA 23187 | X | H | Personal guarantee, 2008-13 | | | | $4,000,000.00 |
| | | | Subtotal-> | | | | $4,209,752.31 |

**In re: Halsey McLean Minor,**  **Case No.** 2:13-bk-23787-TD

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. DLA Piper LLP (US) 550 South Hope St. Suite 2300 Los Angeles, CA 90071 | | H | Attorney's fees, 2008-11 | | | | $6,000,000.00 |
| ACCOUNT NO. Doll Amir & Eley LLP 1888 Century Park East Suite 1850 Los Angeles, CA 90067 | | H | Attorney's fees, 2011 | | | | $7,116.00 |
| ACCOUNT NO. Farella Braun & Martel LLP Attn: Russ Building 235 Montgomery Street San Francisco, CA 94104 | | H | Attorney's fees, 2013 | | | | $10,646 |
| ACCOUNT NO. Feil, Petit & Williams, PLC 530 East Main Street P.O. Box 2057 Charlottesville, VA 22902 | | H | Attorney's fees, 2010 | | | | $51,559.00 |
| ACCOUNT NO. Foley & Lardner, LLP 2 South Biscayne Blvd. Suite 1900 Miami, Fl 33131 | | H | Attorney's fees, 2009-12 | | | | $592,425.00 |
| | | | | | | Subtotal-> | $6,661,746.00 |

**In re: Halsey McLean Minor,**  **Case No.** 2:13-bk-23787-TD

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Glaser Weil Fink Jacobs Howard Avhen & Shapiro LLP 10250 Constellation Blvd. 19th Fl. Los Angeles, CA 90067 | | H | Attorney's fees, 2010-11 | | | | $16,475.00 |
| ACCOUNT NO. Hersh Family Law Practice 456 Montgomery Street Seventeenth Floor San Francisco, California | | H | Attorney's fees, 2009 | | | | $124,735.00 |
| ACCOUNT NO. Irell & Manella LLP 1800 Avenue of the Stars Suite 900 Los Angeles, CA 90067-4276 | | H | Attorney's fees, 2009 | | | | $880.00 |
| ACCOUNT NO. Joyce Flaherty 350 S. Spalding, Penthouse Beverly Hills CA 90212 | | H | Personal Loans, 2009-10 | | | | $1,850,000.00 |
| ACCOUNT NO. Kennedy Johnson - Merrill 99 Wall Street, 15th Floor New York NY 10005 | | H | Attorney's fees, 2010-13 | | | | $1,328,653.52 |
| | | | | | | Subtotal-> | $3,320,743.52 |

**In re: Halsey McLean Minor,**                                     **Case No.** 2:13-bk-23787-TD

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>KESMARC Kentucky<br>258 Shannon Run Road<br>Versailles, KY 40383 | | H | Horse maintenance, 2009-10 | | | | $2,269.00 |
| ACCOUNT NO.<br>Lane's End Stallions - 2011<br>Box 626<br>Versailles, KY 40383 | | H | Horse maintenance, 2011 | | | | $7,950.00 |
| ACCOUNT NO.<br>LeClairRyan<br>123 East Main Street<br>Suite 800<br>Charlottesville, VA 22902<br>US | | H | Attorney's fees, 2009 | | | | $1,108.00 |
| ACCOUNT NO.<br>Patrick Nuesch (Braeburn Training Center)<br>1500 Thurston Dr.<br>Crozet, VA 22932 | | H | Horse maintenance, 2009-10 | | | | $2,556.00 |
| ACCOUNT NO.<br>Pierce & Shearer LLP<br>730 Polhemus Road<br>Suite 101<br>San Mateo, CA 94402 | | H | Attorney's fees, 2009-11 | | | | $10,324.00 |
| | | | | | | Subtotal-> | $24,207.00 |

**In re: Halsey McLean Minor,**                                    **Case No.** 2:13-bk-23787-TD

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ron Palmeri<br>265 King Street, #65<br>San Francisco, CA 94108 | | H | Money owed, 2011 | | | | $51,000.00 |
| ACCOUNT NO.<br>San Francisco County Tax Collector<br>1 Dr Carlton B Goodlett Pl<br>San Francisco, CA 94102 | | H | Taxes, 2010-12 | | | | $973,733.01 |
| ACCOUNT NO.<br>San Mateo County Tax Collector<br>555 County Center # 1<br>Redwood City, CA 94063 | | H | Property taxes, 2010-12 | | | | $139,329.86 |
| ACCOUNT NO.<br>Shannon Minor<br>619 Trenton Drive<br>Beverly Hills, CA 90210 | | H | Personal Loan, 2008 | | | | $1,000,000.00 |
| ACCOUNT NO.<br>Shefsky & Froelich Attorneys at Law<br>111 East Wacker<br>Suite 2800<br>Chicago, Illinois 60601 | | H | Attorney's fees, 2009 | | | | $61,718.00 |
| Sheppard Kellam Ames<br>1530 St. Mary's Street<br>Raleigh, NC 27608 | | H | Unknown | | | | Unknown |
| | | | | | | Subtotal-> | $2,225,780.87 |

**In re: Halsey McLean Minor,**  **Case No.** 2:13-bk-23787-TD

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ship Art International<br>1333 Lowrie Ave<br>South San Francisco, CA 94080 | | H | Storage, 2008-present | | | | $7,471.00 |
| ACCOUNT NO.<br>Shook, Hardy & Bacon<br>Miami Center, Suite 3200<br>201 S. Biscayne Blvd.<br>Miami, Florida 33131-4332 | | H | Attorney's fees, 2009-11 | | | | $217,345.00 |
| ACCOUNT NO.<br>Sitrick & Company<br>1840 Century Park East, Suite 800<br>Los Angeles, CA 90067 | | H | 2011, Trade debt | | | X | $165,293.00 |
| ACCOUNT NO.<br>Specialty Finance Group LLC/FDIC<br>3284 Northside Pkwy NW, Suite 150<br>Atlanta, CA 30327 | | H | Money loaned, 2008-2011 | X | | | $13,364,298.77 |
| ACCOUNT NO.<br>T. M. Racing Stables, L.L.C.<br>7 Queen Anne Drive<br>Brampton, ON L7A 1X1 | | H | Horse maintenance, 2009-10 | | | | $6,340.00 |
| | | | Subtotal-> | | | | $13,760,747.77 |

**In re: Halsey McLean Minor,**                              **Case No.** 2:13-bk-23787-TD

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Law Office of Martin Lieberman Esq. P.C.<br>10 N Park Place, Ste 350<br>Morristown, NJ 07960 | | H | Attorney's fees, 2010-11 | | | | $15,242.00 |
| ACCOUNT NO.<br><br>WTAS LLC<br>100 First St, 16th Floor<br>San Francisco, CA 94105 | | H | Accounting services, 2009-13 | | | | $67,000.00 |
| ACCOUNT NO.<br><br>Yergey Stewart Vallance Inc.<br>3664 Whiskey Bottom Rd<br>Laurel, Maryland, 20724 | | H | Horse maintenance, 2009 | | | | $582.00 |
| | | | | | Subtotal-> | | $82,824.00 |
| | | | | | Total -> | | $39,740,541.41 |

Schedule F – Page 8 of 8