B 6G (Official Form 6G) (12/07)

**In re**  Halsey McLean Minor                    ,          **Case No.**  2:13-bk-23787-TD
            **Debtor**                                                                 **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Atmosphir, LLC<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | Managing member, wound down, LLC may still exist |
| Carter's Grove, LLC<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | Managing member, but LLC in Ch 11 and controlled by Trustee |
| Fox Ridge Farm Management, LLC<br>2800 Ridge Rd.<br>Charlottesville, VA 2290 | Managing member, employs farm care taker |
| Fox Ridge Farms Holdings, LLC<br>2800 Ridge Rd.<br>Charlottesville, VA 2290 | Managing member |
| Fox Ridge Investments, LLC<br>2800 Ridge Rd.<br>Charlottesville, VA 2290 | Managing member, wound down, LLC may still exist, taxes owed |
| Minor Family Hotels, LLC<br>199 Fremont St. 12th Floor<br>San Francisco, CA 94105 | Managing member, but LLC in Ch 11 |

B 6G (Official Form 6G) (12/07)

In re  Halsey McLean Minor                     ,          Case No. 2:13-bk-23787-TD
       **Debtor**                                                                                   **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Minor Stables, LLC<br>2800 Ridge Rd.<br>Charlottesville, VA 2290 | Managing member, wound down, LLC |
| Minor Studios, LLC<br>On Demand Venture Fund<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | Managing member, wound down, LLC may still exist |
| Minor Studios Interactive, LLC<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | Functions as company CEO and Managing Member |
| Minor Ventures, LLC<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | Managing member, wound down, LLC may still exist |
| Save Hialeah<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | Managing member, wound down, LLC may still exist, FL LLC |
| Swivel<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | Managing member, wound down, LLC may still exist, taxes owed |