In re  Halsey McLean Minor                         ,                Case No.  2: 13-bk-23787-TD
           **Debtor**                                                               **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Minor Family Hotels, LLC<br>199 Fremont St. 12th Floor<br>San Francisco, CA 94105 | Specialty Finance Group LLC/FDIC<br>3284 Northside Pkwy NW, Suite 150<br>Atlanta, GA 30327 |
| Carter's Grove, LLC<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | Colonial Williamsburg Foundation<br>PO Box 1176<br>Williamsburg, VA 23187 |
| Carter's Grove, LLC<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | AVN c/o GE Capital<br>Attn: Doby Rose<br>4 Park Plaza, Suite 1400<br>Irvine, CA 92614-8560 |
| Carter's Grove, LLC<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | Sotheby's<br>Attn: John Olsoff, General Counsel<br>1334 York Avenue<br>New York, NY 10021 |
| Minor Family Hotels, LLC<br>199 Fremont St. 12th Floor<br>San Francisco, CA 94105 | DLA Piper LLP (US)<br>550 South Hope St.<br>Suite 2300<br>Los Angeles, CA 90071 |
| Carter's Grove, LLC<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | Foley & Lardner, LLP<br>2 South Biscayne Blvd.<br>Suite 1900<br>Miami, Fl  33131 |