In re: Halsey McLean Minor                                    Case No. 2: 13-bk-23787-TD

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.     11 U.S.C. § 101(2), (31).

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of \ the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

| AMOUNT | SOURCE |
|---|---|
| 2011 -- loss of $723,553 | operation of businesses |
| 2012 -- unknown loss | operation of businesses |
| 2013 -- unknown loss | operation of businesses |

1

In re: Halsey McLean Minor                                    Case No. 2: 13-bk-23787-TD

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                  SOURCE

2011 -- $1,214                          Interest income
2012 -- likely zero
2013 -- likely zero

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

N/A

In re: Halsey McLean Minor                                    Case No. 2: 13-bk-23787-TD

None

☐

*b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225.   If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name of Creditor | Date | Amount Paid | Amount Still Owing | Notes |
|---|---|---|---|---|
| Franchise Tax Board | 5/20/2013 | $2,500,000.00 | Unknown | Payment made by receiver, Zachary G. Newman, as court-appointed receiver in Sotheby's Inc. v. Halsey Minor (08-cv-76941, S.D.N.Y.) |
| Sotheby's Inc. | 5/20/2013 | $286,513.40 | Unknown | Payment made by receiver, Zachary G. Newman, as court-appointed receiver in Sotheby's Inc. v. Halsey Minor (08-cv-76941, S.D.N.Y.) |
| US Treasury | 5/20/2013 | $98,222.60 | Unknown | Payment made by receiver, Zachary G. Newman, as court-appointed receiver in Sotheby's Inc. v. Halsey Minor (08-cv-76941, S.D.N.Y.) |
| Sotheby's Inc. | 5/20/2013 | $98,222.60 | Unknown | Payment made by receiver, Zachary G. Newman, as court-appointed receiver in Sotheby's Inc. v. Halsey Minor (08-cv-76941, S.D.N.Y.) |

None



c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

3

In re: Halsey McLean Minor                                    Case No. 2: 13-bk-23787-TD

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption | Jurisdiction | Case No. |
|---|---|---|
| Sitrick and Company v. Halsey Minor | American Arbitration Association | AAA CASE NO. 72 14700832 12 SIM |
| Sotheby's v. Halsey Minor | Southern District of New York | No. O8-CV-7694 (BSJ) (HP) |
| Johnson Gallagher Magliery LLC v. Halsey Minor | New York Country Clerk | 100628/2013 |
| Specialty Finance Group, LLC v. Halsey Minor | West Jordan Utah District Court | 100401442 |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5.  Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6.  Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN OF PROPERTY | NAME AND LOCATION OF COURT | DATE OF ORDER | DESRIPTION AND VALUE |
|---|---|---|---|
| Zachary Newman, Esq. Hahn & Hessen LLP 488 Madison Avenue New York, NY  10022 | United States District Court for the Southern District of New York | November 18, 2012 | Art (approximately $8,500,000) |

4

In re: Halsey McLean Minor                                     Case No. 2: 13-bk-23787-TD

**7. Gifts**

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must ☐ include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case

| NAME OF PAYEE | DATE OF PAYMENT | AMOUNT OF MONEY |
|---|---|---|
| Peitzman Weg LLP (bankruptcy attorneys) | May 15, 2013 | $30,000 |
| Black Hills Children's Ranch, Inc. (credit counseling) | May 23, 2013 | $250 |

In re: Halsey McLean Minor                                    Case No. 2: 13-bk-23787-TD

**10. Other transfers**


None

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| Transferee Name and Address | Date of Transfer | Description | Debtor's Interest/Value |
|---|---|---|---|
| Halsey Mclean Minor Revocable Trust Dated 11/3/2004 | Upon establishment | Morgan Stanley Brokerage Account # ***6-066 | $20,546.51 |
| Halsey Mclean Minor Revocable Trust Dated 11/3/2004 | Upon establishment | Morgan Stanley Brokerage Account #***13 099 | $0.00 |
| Halsey Mclean Minor Revocable Trust Dated 11/3/2004 | Upon establishment | Merrill Lynch Brokerage Acct # ***5246 | $8,606.47 |
| Halsey Mclean Minor Revocable Trust Dated 11/3/2004 | 2006 | Real property at 822 Sarbonne Rd., Los Angeles, CA | Fee interest-100% |
| Halsey Mclean Minor Revocable Trust Dated 11/3/2004 | 2007 | Real Property at 3800-3810 Washington St., San Francisco, CA | Fee interest-100% |
| Halsey Mclean Minor Revocable Trust Dated 11/3/2004 | 2004 | Equity interests in Fox Ridge Farms Holdings, LLC | 100% of equity, value unknown |

6

In re: Halsey McLean Minor                                    Case No. 2: 13-bk-23787-TD

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Financial Institution | Date Closed | Account No./Type/Other | Closing Balance |
|---|---|---|---|
| Morganstanley Smithbarney LLC<br>2775 Sand Hill Road<br>Suite 120<br>Menlo Park CA 94025 | (currently open with zero balance) | #***13 099<br>Brokerage<br>(acct owned by Halsey Trust Dtd 11/03/2004) | $40,569.78 (amount transferred prepetition to pay bankruptcy attorneys' fees and other expenses |
| Suntrust Bank<br>PO BOX 622227<br>Orlando, FL 32862-2227 | 06/29/2012 | ***4139<br>Checking<br>(Joint account with Shannon Minor POA) | $108.00 |
| Suntrust Bank<br>PO BOX 622227<br>Orlando, FL 32862-2227 | 6/29/2012 | #***1780<br>Checking | -$238.00 |
| The Northern Trust Company<br>580 California Street, Suite 1800<br>San Francisco, California 94104 | 5/9/2013 | #***4795<br>Money Market<br>(Account for O'Brien Ventures I LLC) | $17,930.79 |
| The Northern Trust Company<br>580 California Street, Suite 1800<br>San Francisco, California 94104 | 5/9/2013 | #***3338<br>Checking<br>(Account for O'Brien Ventures I LLC) | $14,811.62 |

**12. Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or ☐ chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

In re: Halsey McLean Minor                                    Case No. 2: 13-bk-23787-TD

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

None ☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION OF PROPERTY | LOCATION AND VALUE OF PROPERTY |
|---|---|---|
| Fox Ridge Farms Holdings, LLC 2800 Ridge Rd. Charlottesville, VA  22901 | Checking account #***2217 Received rents and was used for maintenance of rental units | Comerica Bank 318 Diablo Rd., Ste. 100 Danville, CA  94526 |

**15. Prior address of debtor**

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

None ☐

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 3810 Washington St. San Francisco, CA 94118 | Halsey McLean Minor | 2008-present |
| 619 Trenton Ave. Beverly Hills, CA 90210 | Halsey McLean Minor | 2011-present |
| 384 Delfern Dr. Beverly Hills, CA | Halsey McLean Minor | 2009-2011 |

**16. Spouses and Former Spouses**

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Shannon Minor (spouse)
Deborah Minor (former spouse)

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

8

In re: Halsey McLean Minor                                    Case No. 2: 13-bk-23787-TD

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

See attached schedule 18-a

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time. *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

None
☐

**19. Books, records and financial statements**

a.    List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| WTAS, LLC<br>100 First St., 16th Floor<br>San Francisco, CA 94105 | 2009-present |

None
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

9

In re: Halsey McLean Minor                                    Case No. 2: 13-bk-23787-TD

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Halsey McLean Minor | 619 Trenton Avenue |
| | Beverly Hills, CA  90210 |

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

**20. Inventories**

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a, above.

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

   N/A

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

   N/A

**22. Former partners, officers, directors and shareholders**

None ☐   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

   N/A

None ☐   b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

   N/A

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

   N/A

10

In re: Halsey McLean Minor                                          Case No. 2: 13-bk-23787-TD

**24. Tax Consolidation Group.**

None

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

     N/A

**25. Pension Funds.**

None

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

     N/A

## DECLARATION

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: 06/11/2013                      Signature
                                         of Debtor _____

11

In re Halsey McLean Minor                                    Case No. 2: 13-bk-23787-TD
Statement of Financial Affairs

## Schedule 18-a

## Nature, location and name of businesses

| Business Name and Location | EIN | Nature of Business | Dates |
|---|---|---|---|
| Atmosphir, LLC<br>3810 Washington St.<br>San Francisco, CA 94118 | 23-3213887 | Online gaming | 2006-2010 |
| Carter's Grove, LLC<br>3810 Washington St.<br>San Francisco, CA 94118 | 32-0231498 | Historic residence | Unknown-Present |
| Fox Ridge Farms Holdings, LLC<br>2800 Ridge Rd.<br>Charlottesville, VA 22901 | 20-2967899 | Farm | 1999-Present |
| Fox Ridge Investments, LLC<br>2800 Ridge Rd.<br>Charlottesville, VA 22901 | 20-1258029 | Farm employee holding company | 2004-2012 |
| Fox Ridge Farms Management LLC<br>2800 Ridge Rd.<br>Charlottesville, VA 22901 | 54-1958659 | Farm management | 2004-Present |
| Minor Family Hotels, LLC<br>199 Fremont St. 12th Floor<br>San Francisco, CA 94105 | 39-2060938 | 99 room hotel | 2007-Present |
| Minor Management Services LLC<br>3810 Washington St.<br>San Francisco, CA 94118 | 20-8390613 | Operating entity within Minor Ventures | 2005-2010 |
| Minor Stables, LLC<br>2800 Ridge Rd.<br>Charlottesville, VA 22901 | 32-0231499 | Not used | 2008-2012 |

Schedule 18-a – Page 1 of 2

**In re Halsey McLean Minor**                                    **Case No. 2: 13-bk-23787-TD**
Statement of Financial Affairs

| Business Name and Location | EIN | Nature of Business | Dates |
|---|---|---|---|
| Minor Studios, LLC<br>On Demand Venture Fund<br>3810 Washington St.<br>San Francisco, CA 94118 | 26-3213887 | Holding company for Atmosphir | 2006-2010 |
| Minor Studios Interactive, LLC<br>3810 Washington St.<br>San Francisco, CA 94118 | 45-0545759 | Operating company for Atmosphir | 2012-Present |
| Minor Studios Subsidiary LLC<br>3810 Washington St.<br>San Francisco, CA 94118 | 26-3261605 | Argentina employment company for Atmosphir | 2006-2010 |
| Minor Ventures, LLC<br>3810 Washington St.<br>San Francisco, CA 94118 | 20-2729835 | Venture capital firm | 2005-2010 |
| Save Hialeah<br>3810 Washington St.<br>San Francisco, CA 94118 | 26-4253365 | 501(3)(c) nonprofit for saving Florida horse racing – member and officer only | 2008-2011 |
| Spalding Partners LLC<br>619 Trenton Dr.<br>Beverly Hills, CA 90210 | 46-2520453 | Co-owned with Shannon Minor, only asset is Minor Studios Interactive, LLC | 2012-Present |
| Swivel, LLC<br>3810 Washington St.<br>San Francisco, CA 94118 | 13-4314109 | Online data service | 2005-2010 |