UNITED STATES BANKRUPTCY COURT

Central District of California

In re Halsey McLean Minor                                  Case No. 2: 13-bk-23787-TD

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A – Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| **Property No. 1** | |
|---|---|
| Creditors' Names:<br>Bank of America Home Loans<br>Franchise Tax Board<br>Internal Revenue Service<br>San Francisco County Tax Collector<br>San Mateo County Tax Collector<br>Watt, Tieder, Hoffar & Fitzgerald, LLP<br>Wayfarer Aviation, Inc. c/o Weltman Weiberg & Reis | Property Securing Debt:<br>Real property located at<br>3800-3810 Washington St.<br>San Francisco, CA 94118 |

Property will be (check one):

☒ Surrendered           ☐ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as exempt           ☒ Not claimed as exempt

**In re Halsey McLean Minor**                                    Case No. 2: 13-bk-23787-TD

| **Property No. 2** | |
|---|---|
| Creditors' Names: <br><br> HSBC Bank USA NA <br><br> Franchise Tax Board <br><br> Internal Revenue Service <br><br> Watt, Tieder, Hoffar & Fitzgerald, LLP <br><br> Wayfarer Aviation, Inc. c/o Weltman Weiberg & Reis | Property Securing Debt: <br><br> Real property located at <br><br> 822 Sarbonne Rd <br> Los Angeles, CA 90077 |

Property will be (check one):

☒ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as exempt          ☒ Not claimed as exempt

| **Property No. 3** | |
|---|---|
| Creditors' Names: <br><br> Sotheby's <br><br> Franchise Tax Board <br><br> Internal Revenue Service <br><br> Watt, Tieder, Hoffar & Fitzgerald, LLP <br><br> Wayfarer Aviation, Inc. c/o Weltman Weiberg & Reis | Property Securing Debt: <br><br> Art in possession of Zachary G. Newman, as court-appointed receiver in Sotheby's Inc. v. Halsey Minor (08-cv-76941, S.D.N.Y.) |

Property will be (check one):

☒ Surrendered          ☐ Retained
Note: Collateral is already in possession of receiver and is being liquidated pursuant to court order.

If retaining the property, I intend to (check at least one):

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as exempt          ☒ Not claimed as exempt

**In re Halsey McLean Minor**                          Case No. 2: 13-bk-23787-TD

| **Property No. 4** | |
|---|---|
| Creditors' Names: <br> Flaherty, Joyce <br> Minor, Susie <br> Sheppard, Kellam Ames | Property Securing Debt: <br> Debtor's 50% equity interest in Spalding Partners LLC |

Property will be (check one):

☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as exempt      ☒ Not claimed as exempt

| **Property No. 5** | |
|---|---|
| Creditors' Names: <br> Franchise Tax Board <br> Internal Revenue Service <br> Watt, Tieder, Hoffar & Fitzgerald, LLP <br> Wayfarer Aviation, Inc. c/o Weltman Weiberg & Reis | Property Securing Debt: <br> All assets |

Property will be (check one):

☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as exempt      ☒ Not claimed as exempt

**In re Halsey McLean Minor**                                   Case No. 2: 13-bk-23787-TD

PART B.

N/A

_____

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: June 13, 2013                          _____
                                                                e of Debtor