# United States Bankruptcy Court

## _____ District Of _____

In re _____,
          Debtor

Case No. _____

Chapter _____

## AMENDED **SUMMARY OF SCHEDULES**

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ | | |
| B - Personal Property | | | $ | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ |
| TOTAL | | | $ | $ | |

# United States Bankruptcy Court

## Central District of California

In re  Halsey McLean Minor                    ,
                    Debtor

Case No.  2:13-bk-23787-TD

Chapter  7

### AMENDED

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 250,000 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ Unknown |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ -- |
| Student Loan Obligations (from Schedule F) | $ -- |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ -- |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ -- |
| TOTAL | $ 250,000 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ 12,000 |
| Average Expenses (from Schedule J, Line 18) | $ 45,589 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ -- |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ Unknown |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 250,000 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0/Unknown |
| 4.  Total from Schedule F | | $ 40,953,185 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 40,953,185 |

In re _____,     Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# AMENDED  SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
|  |  |  |  |  |

Total➤

(Report also on Summary of Schedules.)

In re <u>Halsey McLean Minor</u>,                    Case No. <u>2: 13-bk-23787-TD</u>
**Debtor**                                                              **(If known)**

# AMENDED
# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | H | $100 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SEE ATTACHED SCHEDULE B-2 | H | $33,590.28 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc. furniture at 3800-3810 Washington St., San Francisco, CA and 619 Trenton Dr., Beverly Hills, CA | H | $2,500 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | SEE ATTACHED SCHEDULE B-5 | H | $8,625,000 |
| 6. Wearing apparel. | | Misc. men's clothing at 619 Trenton Dr., 3810 Washington St., and 746 Fox Ridge Farm | H | $2,000 |
| 7. Furs and jewelry. | | Wedding ring | H | $1,000 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Misc. sports equipment (tennis racquets and golf clubs) at 619 Trenton Dr. | H | $500 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. §529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re  Halsey McLean Minor                        ,        Case No.  2: 13-bk-23787-TD
           **Debtor**                                                                   **(If known)**

# AMENDED
# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | SEE ATTACHED SCHEDULE B-13 | H | Unknown |
| 14. Interests in partnerships or joint ventures.  Itemize. | | SEE ATTACHED SCHEDULE B-14 | H | $29,673 Plus some unknown |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | The Halsey McLean Minor Revocable Trust U/A/D/ 11/2/2004 | H | Unknown |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

In re  Halsey McLean Minor                                    ,          Case No.   2: 13-bk-23787-TD
        **Debtor**                                                                    **(If known)**

AMENDED
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | | 28 domain names held at Dotster.com See attached schedule B-22 | H | Unknown |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Audi A8 2005 Land Rover/Range Rover | H H | $14,150 $17,231 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous computers at 3810 Washington St., San Francisco, CA | H | $500 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | Owned approximately 14 horses that were transferred to mother in February 2011. Disclosure made for informational purposes only. | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | Membership at Bel Air Country Club transferred to wife in February 2011. Disclosure made for informational purposes only. | | |

_____0_____ continuation sheets attached     Total➤     $          8,726,244.28

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Amended Schedule B-2**

**Checking and Savings Accounts**

| Description and Location of Property | Current value of Debtor's interest in property, without deducting any secured claim or exemption |
|---|---|
| Comerica Bank<br>318 Diablo Road<br>Danville, CA<br><br>Account held in trust for<br>Fox Ridge Farms Holdings, LLC<br><br>Checking<br>Acct # xxxxxx2217 | $2,662.59 |
| First Republic Bank<br>111 Pine St.<br>San Francisco, CA 94111<br><br>(Joint account with Linda Rossman)<br><br>Checking<br>Account # ***-****-2423 | $0.00 |
| Morgan Stanley<br>555 California Street<br>San Francisco CA 94104<br><br>Held in the name of<br>Halsey Minor Ttee<br>Halsey Mclean Minor<br>Revocable Trust Dtd 11/3/04<br><br>Brokerage<br>Acct # xx-x0P3P | $20,546.52 |

| | |
|---|---|
| Merrill Lynch<br>101 California St. Suite 2100<br>San Francisco, CA<br><br>Brokerage<br>Acct # xxx-x5354 | $0.31 |
| Merrill Lynch<br>101 California St. Suite 2100<br>San Francisco, CA<br><br>Brokerage<br>Acct # xxx-x5641 | $0.25 |
| Merrill Lynch<br>101 California St. Suite 2100<br>San Francisco, CA<br><br>Halsey Mclean Minor TTEE<br>U/A DTD 11/03/2004<br>Halsey Mclean Minor Trust<br>(Business Account)<br><br>Brokerage<br>Acct # xxx-x5246 | $8,606.84 |
| Wells Fargo Bank, N.A. (114)<br>P.O. Box 6995<br>Portland, OR 97228-6995<br>(Joint account with Shannon A. Minor)<br><br>Checking<br>Acct # ******7243 | $1,773.77 |
| **TOTAL** | $33,590.28 |

### Amended Schedule B-5

| Description and Location of Property | Estimated Current value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|
| Art held by trustee, Zachary G. Newman, pursuant to Settlement Agreement in Sotheby's vs. Halsey Minor | $8,500,000 |
| Credit with Ramis Barquet gallery | $100,000 |
| Art held by Ship Art International | $25,000 |
| **TOTAL** | $8,625,000.00 |

## Amended Schedule B-13

## Stock and Interests in Incorporated Businesses

| Description and Location of Property | Current value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
| --- | --- |
| 100% of Atmosphir, LLC | $0 |
| 100% of Carter's Grove, LLC (in Chapter 11) | $0 |
| 100% Fox Ridge Farms Holdings, LLC | Unknown |
| 100% of Fox Ridge Farms Management, LLC | $0 |
| 100% of Fox Ridge Investments, LLC | $0 |
| 100% of Minor Family Hotels, LLC (in Chapter 11) | $0 |
| 100% of Minor Management Services, LLC | $0 |
| 100% of Minor Stables, LLC | $0 |
| 100% of Minor Studios, LLC | $0 |
| 100% of Minor Studios Interactive, LLC | Unknown |
| 100% of Minor Ventures, LLC | $0 |
| 41,994 shares of Sahale Snacks, Inc. | Unknown |
| 50% of Spalding Partners, LLC | Unknown |
| 100% of Swivel, LLC | $0 |

## Amended Schedule B-14

## Interests in Partnerships and Joint Ventures

| Description and Location of Property | Current value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|
| Benchmark Founders' Fund IV, LP | Unknown |
| Redpoint Technology Partners Q-1, LP | $12,302 |
| USVP VI Affiliates Fund, LP | $4,352 |
| AttactorQP LP | Unknown |
| Accel Internet Funds III LP | $13,021 |
| **TOTAL** | $29,675 |

## Amended Schedule B-22

## Domain Names

1. alphayachts.com
2. alphayachts.net
3. alphayachts.org
4. minorhotel.com
5. minorhotel.net
6. minorhotel.org
7. minorhotels.com
8. minorhotels.net
9. minorhotels.org
10. minorlabs.com
11. minorlabs.net
12. minorlabs.org
13. minorstables.com
14. minorstables.net
15. minorstables.org
16. minorstudios.com
17. minorstudios.net
18. minorstudios.org
19. minorventures.com
20. minorventures.net
21. minorventures.org
22. opend.tv
23. swiveldata.com
24. swiveldata.net
25. swiveldata.org
26. worldpololeague.com
27. worldpololeague.net
28. worldpololeague.org

In re    Halsey McLean Minor                                ,         Case No.    2: 13-bk-23787-TD
                    *Debtor*                                                                    *(If known)*

# AMENDED
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $155,675.*
☐  11 U.S.C. § 522(b)(2)
☒  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Investment at Morgan Stanley Acct no. ***-*****6-066 | Cal.Civ.Pro. Code § 703.140(b)(5) | $12,909 | $20,546.52 |
| Misc. furniture, clothing | Cal.Civ.Pro. Code § 703.140(b)(3) | max of $600/ea. | $4,500 |
| Wedding ring | Cal.Civ.Pro. Code § 703.140(b)(4) | $1,425 | $1,000 |
| 2005 Land Rover/Range Rover | Cal.Civ.Pro. Code § 703.140(b)(2) Cal.Civ.Pro. Code § 703.140(b)(5) | $4,800 $12,431 | $17,231 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**\*** *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

## AMENDED SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Acct: *** 069799<br><br>Bank of America Home Loans<br>PO Box 5170<br>Simi Valley, CA 93062 | | H | Mortgage, 2007 Secured by 3810 Washington St.<br><br>VALUE: $16,000,000 | | | | $13,108,438 | Unknown |
| Account: 1101511258<br><br>Franchise Tax Board<br>Bankruptcy Section<br>PO BOX 2952<br>Sacramento, CA 95812 | | H | Taxes from 2007, 2008, 2009<br>All assets<br><br>VALUE: Unknown | | X | X | $7,904,000 | Unknown |
| ACCOUNT No. 793030-7<br><br>HSBC Bank USA NA<br>Attn: Customer Service<br>PO Box 4552<br>Buffalo, NY 14240-8851 | | H | Line of Credit, 2007 Secured by 822 Sarbonne Rd. 2007<br>VALUE: $8,000,000 | | X | | $10,133,884 | Unknown |
| Account no. [REDACTED]<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | H | Taxes from 2007, 2008, 2009<br><br>All assets<br><br>VALUE: Unknown | | X | X | $25,487,956 | Unknown |
| ACCOUNT NO.: N/A<br><br>Flaherty Joyce<br>350 Spalding Drive,<br>Beverly Hills, CA 90210 | | H | Personal Loans, 2009-10 Secured by lien on interest in Spalding Partners 2013<br>VALUE: Unknown | | | | $1,850,000 | Unknown |

Page 1 of 3                    Subtotal this page->

|  |  |
|---|---|
| $58,484,278 | Unknown |

**In re: Halsey McLean Minor**   Case No. 2:13-bk-23787-TD

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. ***002-026<br><br>Los Angeles County Treasurer and Tax Collector<br>PO Box 54110,<br>Los Angeles, CA 90054 | | H | Property Taxes on and secured by 822 Sarbonne Rd., 2009-13<br><br>VALUE: $8,000,000 | | | | $1,936,649 | Unknown |
| ACCOUNT NO: N/A<br><br>L.A. Packing, Crating & Transport, Inc.<br>12400 Wilshire Blvd.<br>Ste 1300<br>Los Angeles, CA 90025 | | H | Storage charges for art.<br><br>2013<br>VALUE: $25,000 | | | | $9,236 | $0 |
| ACCOUNT no: 4375682432<br><br>San Francisco County Tax Collector<br>1 Dr Carlton B Goodlett Pl<br>San Francisco, CA 94102 | | H | Taxes from 2009, 2010, 2011, 2012 Secured by 3810 Washington St.<br><br>VALUE: $16,000,000 | | X | | $973,733 | Unknown |
| ACCOUNT NO.: N/A<br><br>San Mateo County Tax Collector<br>555 County Center # 1<br>Redwood City, CA 94063 | | H | Property taxes for 2010-12 Secured by 3810 Washington St.<br><br>VALUE: $16,000,000 | | X | | $139,330 | Unknown |

Page 2 of 3                    Subtotal->

|  | $3,058,948 | Unknown |
|---|---|---|

**In re: Halsey McLean Minor**                  Case No. 2:13-bk-23787-TD

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.: N/A<br>Sheppard Kellam Ames<br>1530 St. Mary's Street<br>Raleigh, NC 27608 | | H | Loan Secured by lien on interest in Spalding Partners 2013<br>VALUE: Unknown | | | | $1,000,000 | Unknown |
| ACCOUNT NO. N/A<br>Sotheby's<br>Attn: John Olsoff<br>1334 York Avenue<br>New York, NY 10021 | | H | Secured by art held by trustee, Zachary Newman 2010<br>VALUE: $8,500,000 | | | X | $3,400,000 | Unknown |
| ACCOUNT NO.: N/A<br>Susie Minor<br>4634 Catterton Road<br>Free Union, VA 22940 | | H | Loan Secured by lien on interest in Spalding Partners 2013<br>VALUE: Unknown | | | | $625,000 | Unknown |
| ACCOUNT NO.<br>Watt, Tieder, Hoffar & Fitzgerald, LLP<br>8405 Greensboro Drive Suite 100<br>McLean, VA 22102 | | H | Attorney's fees, 2009<br><br>All assets<br><br>VALUE: Unknown | | | X | $103,456 | Unknown |
| ACCOUNT NO.<br>Wayfarer c/o Weltman Weiberg & Reis<br>Lakeside Place Suite 200<br>323 Lakeside Avenue West<br>Cleveland, OH 44113 | | H | Judgment Secured by 3810 Washington St. 2012<br>VALUE: $16,000,000 | | | X | $550,000 | Unknown |

Page 3 of 3

Subtotal this page-->

| | |
|---|---|
| $5,678,456 | Unknown |

Total ->

| | |
|---|---|
| $67,221,682 | Unknown |

In re _____,     Case No._____
              *Debtor*                                                                         *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the  husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

    *\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**In re** _____ ,     **Case No.**_____
                          *Debtor*                                                        *(if known)*

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>  0  </u> continuation sheets attached

In re _____,     Case No. _____
                   *Debtor*                                                                 *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. 0 of 0 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶    $         $
(Totals of this page)

Total▶    $
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)

Totals▶    $         $
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

**AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Aero Law Group, PLLC 11120 N.E. 2nd Street, Suite 100 Bellevue, WA 98004-8332 | | H | Attorney's fees, 2009-2011 | | | | $33,662.00 |
| ACCOUNT NO. Aon plc 8 Devonshire Square London England EC2M 4PL | | H | Lease, 2010 | | | | $400,000.00 |
| ACCOUNT NO. AVN Air LLC c/o GE Capital Attn Doby Rose 4 Park Plaza Ste 1400 Irvine, CA 92614-8560 | X | H | Airplane lease, 2010-11 | | | | $8,961,321.94 |
| ACCOUNT NO. Braeburn Training Center 1500 Thurston Dr. Crozet, VA 22932 | | H | Horse maintenance, 2009 | | | | $59,756.00 |

Subtotal->

$9,454,739.94

**AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Carroll-Butler Veternary 204 Racetrack Street Ranson, WV 25438 | | H | Horse maintenance, 2009 | | | | $42.00 |
| ACCOUNT NO. | | | | | | | |
| Chamberlain, Hrdlicka, White, Williams & Aughtry 191 Peachtree Street N.E. 34th Fl. Atlanta, GA 30303 | | H | Attorney's fees, 2009-2013 | | | | $137,211.31 |
| ACCOUNT NO. | | | | | | | |
| Chatham & Hogan, LLP 11240 Magnolia Blvd. Suite 104 Los Angeles, CA 91601 | | H | Attorney's fees, 2011 | | | | $1,952.00 |
| ACCOUNT NO. | | | | | | | |
| Clairborne Farm P.O. Box 150 Paris, KY 40362-0150 | | H | Horse maintenance, 2009 | | | X | $70,547.00 |
| Colonial Williamsburg Foundation PO Box 1176 Williamsburg, VA 23187 | X | H | Personal guarantee, 2008-13 | | | | $4,000,000.00 |
| Discovery Economics 350 S. Grand Ave Los Angeles, CA 90071 | | H | Litigation Services 2012-13 | | | | $12,643.75 |

Subtotal->

| |
|---|
| $4,222,396.06 |

**AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DLA Piper LLP (US)<br>550 South Hope St.<br>Suite 2300<br>Los Angeles, CA 90071 | X | H | Attorney's fees, 2008-11 | | | | $6,200,000.00 |
| ACCOUNT NO.<br>Doll Amir & Eley LLP<br>1888 Century Park East<br>Suite 1850<br>Los Angeles, CA 90067 | | H | Attorney's fees, 2011 | | | | $7,116.00 |
| ACCOUNT NO.<br>Farella Braun & Martel LLP<br>Attn: Russ Building<br>235 Montgomery Street<br>San Francisco, CA 94104 | | H | Attorney's fees, 2013 | | | | $10,646.00 |
| ACCOUNT NO.<br>Feil, Petit & Williams, PLC<br>530 East Main Street<br>P.O. Box 2057<br>Charlottesville, VA 22902 | | H | Attorney's fees, 2010 | | | | $51,559.00 |
| ACCOUNT NO.<br>Foley & Lardner, LLP<br>2 South Biscayne Blvd.<br>Suite 1900<br>Miami, Fl 33131 | | H | Attorney's fees, 2009-12 | | | | $592,425.00 |

Subtotal->

| $6,861,746.00 |
|---|

**AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Glaser Weil Fink Jacobs Howard Avhen & Shapiro LLP 10250 Constellation Blvd. 19th Fl. Los Angeles, CA 90067 | | H | Attorney's fees, 2010-11 | | | | $16,475.00 |
| ACCOUNT NO. | | | | | | | |
| Hersh Family Law Practice 456 Montgomery Street Seventeenth Floor San Francisco, California | | H | Attorney's fees, 2009 | | | | $124,735.00 |
| ACCOUNT NO. | | | | | | | |
| Irell & Manella LLP 1800 Avenue of the Stars Suite 900 Los Angeles, CA 90067-4276 | | H | Attorney's fees, 2009 | | | | $880.00 |
| ACCOUNT NO. | | | | | | | |
| Joyce Flaherty 350 S. Spalding, Penthouse Beverly Hills CA 90212 | | H | Personal Loans, 2009-10 | | | | $1,850,000.00 |
| ACCOUNT NO. | | | | | | | |
| Kennedy Johnson - Merrill 99 Wall Street, 15th Floor New York NY 10005 | | H | Attorney's fees, 2010-13 | | | | $1,328,653.52 |

Subtotal->  $3,320,743.52

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> KESMARC Kentucky <br> 258 Shannon Run Road <br> Versailles, KY 40383 | | H | Horse maintenance, 2009-10 | | | | $2,269.00 |
| ACCOUNT NO. <br> Lane's End Stallions <br> Box 626 <br> Versailles, KY 40383 | | H | Horse maintenance, 2011 | | | | $7,950.00 |
| ACCOUNT NO. <br> LeClairRyan <br> 123 East Main Street <br> Suite 800 <br> Charlottesville, VA 22902 <br> US | | H | Attorney's fees, 2009 | | | | $1,108.00 |
| ACCOUNT NO. <br> Patrick Nuesch (Braeburn Training Center) <br> 1500 Thurston Dr. <br> Crozet, VA 22932 | | H | Horse maintenance, 2009-10 | | | | $2,556.00 |
| ACCOUNT NO. <br> Pierce & Shearer LLP <br> 730 Polhemus Road <br> Suite 101 <br> San Mateo, CA 94402 | | H | Attorney's fees, 2009-11 | | | | $10,324.00 |
| | | | | | | Subtotal-> | $24,207.00 |

**AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ron Palmeri <br> 265 King Street, #65 <br> San Francisco, CA 94108 | | H | Money owed, 2011 | | | | $51,000.00 |
| ACCOUNT NO. <br><br> San Francisco County Tax Collector <br> 1 Dr Carlton B Goodlett Pl <br> San Francisco, CA 94102 | | H | Taxes, 2010-12 | | | | $973,733.01 |
| ACCOUNT NO. <br><br> San Mateo County Tax Collector <br> 555 County Center # 1 <br> Redwood City, CA 94063 | | H | Property taxes, 2010-12 | | | | $139,329.86 |
| ACCOUNT NO. <br><br> Shannon Minor <br> 619 Trenton Drive <br> Beverly Hills, CA 90210 | | H | Personal Loan, 2008 | | | | $1,000,000.00 |
| ACCOUNT NO. <br><br> Shefsky & Froelich <br> Attorneys at Law <br> 111 East Wacker <br> Suite 2800 <br> Chicago, Illinois 60601 | | H | Attorney's fees, 2009 | | | | $61,718.00 |
| ACCOUNT NO. <br><br> Sheppard Kellam Ames <br> 1530 St. Mary's Street <br> Raleigh, NC 27608 | X | H | Guarantee of convertible notes for business startup 2011 | | | | $1,000,000.00 |

Subtotal->

$3,225,780.87

**AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Ship Art International 1333 Lowrie Ave South San Francisco, CA 94080 | | H | Storage, 2008-present | | | | $7,471.00 |
| ACCOUNT NO. | | | | | | | |
| Shook, Hardy & Bacon Miami Center, Suite 3200 201 S. Biscayne Blvd. Miami, Florida 33131-4332 | | H | Attorney's fees, 2009-11 | | | | $217,345.00 |
| ACCOUNT NO. | | | | | | | |
| Sitrick & Company 1840 Century Park East, Suite 800 Los Angeles, CA 90067 | | H | Trade debt, 2011 | | | X | $165,293.00 |
| ACCOUNT NO. | | | | | | | |
| Specialty Finance Group LLC/FDIC 3284 Northside Pkwy NW, Suite 150 Atlanta, CA 30327 | | H | Money loaned, 2008-2011 | X | | | $13,364,298.77 |
| ACCOUNT NO. | | | | | | | |
| T. M. Racing Stables, L.L.C. 7 Queen Anne Drive Brampton, ON L7A 1X1 | | H | Horse maintenance, 2009-10 | | | | $6,340.00 |

Subtotal->

| |
|---|
| $13,760,747.77 |

**AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| The Law Office of Martin Lieberman Esq. P.C. 10 N Park Place, Ste 350 Morristown, NJ 07960 | | H | Attorney's fees, 2010-11 | | | | $15,242.00 |
| ACCOUNT NO. | | | | | | | |
| WTAS LLC 100 First St, 16th Floor San Francisco, CA 94105 | | H | Accounting services, 2009-13 | | | | $67,000.00 |
| ACCOUNT NO. | | | | | | | |
| Yergey Stewart Vallance Inc. 3664 Whiskey Bottom Rd Laurel, Maryland, 20724 | | H | Horse maintenance, 2009 | | | | $582.00 |

Subtotal->  $82,824.00

Total ->  $40,953,185.16

In re _____ ,      Case No._____
                               **Debtor**                                                  **(if known)**

Amended

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

Page 1 of 3

In re  Halsey McLean Minor                        ,     Case No. 2:13-bk-23787-TD
         **Debtor**                                              **(if known)**

Amended
# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Minor Stables, LLC<br>2800 Ridge Rd.<br>Charlottesville, VA 2290 | Wound down, LLC Closed in VA |
| Minor Studios, LLC<br>On Demand Venture Fund<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | Wound down, LLC may still exist |
| Minor Studios Interactive, LLC<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | Functions as company CEO and Managing Member |
| Minor Ventures, LLC<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | Wound down, LLC may still exist |
| Save Hialeah<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | Wound down, Florida entity, 501(c)(3) organization |
| Swivel, LLC<br>3810 Washington St.<br>San Francisco, CA 94118-1650 | Wound down, LLC may still exist, Owe taxes |

In re   Halsey McLean Minor                              ,        Case No.   2:13-bk-23787-TD
                    **Debtor**                                                        **(if known)**

Amended

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Pacific Union International Steven Mavromihalis One Letterman Drive., Bldg C, Suite 300, San Francisco, CA 94129 | Exclusive listing agreement and right to sell residential real estate at 3800-3810 Washington St. dated 5/2/2012, as amended on 3/20/2013 and as amended on 4/19/2013. |
| | |
| | |
| | |
| | |
| | |

Page 3 of 3

In re __Halsey McLean Minor__ ,  Case No. __2:13-bk-23787-TD__
           **Debtor**                                                           (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES (AMENDED)

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __32__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __July 30, 2013__           Signature: _____
                                                              Debtor

Date _____    Signature: _____
                                                          (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any,             Social Security No.
of Bankruptcy Petition Preparer                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____      _____
  Signature of Bankruptcy Petition Preparer                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

            Signature: _____

                          _____
                                     [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.